446 A.2d 694

Commonwealth v. Thomas, Appellant.

Submitted March 8, 1982. David Zwanetz, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.